IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CUTRER,

    Petitioner,          No. CIV S-07-1533 MCE GGH P

  vs.

KUMA J. DEBOO, Warden,

    Respondent.        ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 7, 2008, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's January 7, 2008, motion to dismiss should not be granted.

DATED: 03/21/08

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:035 - cutr1533.46

1