IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CUTTER,

      Petitioner,                       No. CIV S-07-1533 MCE GGH P

   vs.

KUMA J. DEBOO, Warden,

      Respondent.                 FINDINGS & RECOMMENDATIONS

_____/

      By order filed March 21, 2008, petitioner was ordered to show cause, within thirty days, why respondent's January 7, 2008, motion to dismiss should not be granted. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

      Although it appears from the file that petitioner's copy of the order to show cause was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

\\\\\\

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, petitioner may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
7  F.2d 1153 (9th Cir. 1991).
8  DATED: 05/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

10  GGH:035
   cutr1533.fsc